Alex YOUNG and Dana
Madigan, Appellants,

v.

Ignatius CHAGOYAN, Respondent.

No. WD 39555.

Missouri Court of Appeals,
Western District.

March 22, 1988.

Kevin L. Jamison, Kansas City, for appellants.

Roland Heckman, Kansas City, for respondent.

Before KENNEDY, C.J., and
BERREY and COVINGTON, JJ.

### ORDER

PER CURIAM:

Appeal from judgment for defendant Ignatius Chagoyan, in a suit for damages for breach of warranty of habitability.

Judgment affirmed.  Rule 84.16(b).